# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **FARON WATERS,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION 1:19-00798-KD-C** |
| | ) | |
| **ROY W. HALL, JR.,** *et al.*, | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Judgment is entered in favor of the Defendants, Roy W. Hall, Jr., R an D Trucking, LLC, and Team Transport, Inc., and against Plaintiff Faron Waters.

**DONE** and **ORDERED** this the **10th** day of **August 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**